JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 13-1011 JVS (ANx)                    Date  July 19, 2013

Title  Roy Oliver v. Allied Interstate, LLC, etc.

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS)   Order Striking Compliant and Return of Filing Fee

      On or about June 27, 2013 the Clerk of Court received, via U.S. Mail, the plaintiff Roy Oliver's complaint in the matter assigned case number *SACV 13-00995 JVS(RNBx): Roy Oliver v. Allied Interstate, LLC, etc.*   Plaintiff's counsel attempted to verify that this complaint had been received by the Clerk's Office and was informed by Clerk's Office personnel that it had not been received.  Plaintiff 's counsel therefore immediately dispatched, by attorney messenger, the complaint to be filed and on July 3, 2013 the messenger submitted the complaint, case number SACV 13-01011 JVS(ANx), referenced in the title of this minute order.

      The Court having considered both complaints finds them to be identical and ORDERS that the Complaint in SACV 13-01011 JVS(ANx) is stricken and the action shall be closed.

      The Court further ORDERS that the filing fee for action SACV 13-01011 JVS(ANx) be returned, forthwith to counsel of record for plaintiff :

        Amy L. Bennecoff
        Kimmel & Silverman, P.C.
        30 East Butler Pike
        Ambler, PA   19002

    : 00

Initials of Preparer   kjt

**CC:   Fiscal Section**